IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-75-3D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| MAURICE CLINTON BROWN III | ) | |

Upon motion of the Defendant for an Order to seal the documents and any attachments submitted through CM/ECF, identified as Docket Entry 167, and good cause having been shown for such an Order,

It is hereby ORDERED the documents and any attachments submitted through CM/ECF, identified as Docket Entry 167 shall be filed under seal by the Clerk.

It is further ORDERED that the Defendant, through Counsel, and the Government are permitted to receive certified copies of the sealed documents from the Clerk, upon request.

IT IS SO ORDERED.

This __2__ day of __November__ 2011.

_____
The Honorable James C. Dever III
United States District Judge, E.D.N.C.